IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAWN EZELL d/b/a D&D ENVIRONMENTAL, LLC, and ROXANNE JONES d/b/a J R'S ENVIRONMENTAL CONSULTING,

    Plaintiffs,

vs.                                         CASE NO. 5:09cv353/RS-EMT

ANA M. VIAMONTE ROS, in her official capacity as Secretary of the State of Florida Department of Health; RALPH MILLER, Individually; and SCOTT BUTCHER, Individually,

    Defendants.
_____/

## ORDER

Defendants' Motion For Rule 11 Sanctions (Doc. 91) is **denied.**

**ORDERED** on June 11, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**