IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAWN EZELL d/b/a D&D ENVIRONMENTAL,
LLC, and ROXANNE JONES d/b/a J R'S
ENVIRONMENTAL CONSULTING,

    Plaintiffs,

vs.                                              CASE NO. 5:09cv353/RS-EMT

ANA M. VIAMONTE ROS, in her official
capacity as Secretary of the State of Florida
Department of Health; RALPH MILLER,
Individually; and SCOTT BUTCHER,
Individually,

    Defendants.
_____/

## ORDER

Before me is the Consent Motion For Enlargement Of Time To Conduct Discovery (Doc. 104).

**IT IS ORDERED:**

1. All discovery shall be completed not later than July 14, 2010.

2. All other deadlines which are dependent upon the prior discovery deadline of June 30, 2010, remain unchanged.

**ORDERED** on June 14, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**