IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAWN EZELL d/b/a D&D ENVIRONMENTAL,
LLC, and ROXANNE JONES d/b/a J R'S
ENVIRONMENTAL CONSULTING,

    Plaintiffs,

vs.                                                 CASE NO. 5:09cv353/RS-EMT

ANA M. VIAMONTE ROS, in her official
capacity as Secretary of the State of Florida
Department of Health; RALPH MILLER,
Individually; and SCOTT BUTCHER,
Individually,

    Defendants.
_____/

## ORDER

The relief requested by Defendants' Request To File A Reply (Doc. 102) is granted. Defendants shall file their reply not later than July 12, 2010.

**ORDERED** on June 29, 2010.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**