**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

DAWN EZELL d/b/a D&D ENVIRONMENTAL,
LLC, and ROXANNE JONES d/b/a J R'S
ENVIRONMENTAL CONSULTING,

       Plaintiffs,

vs.                                CASE NO. 5:09cv353/RS-EMT

ANA M. VIAMONTE ROS, in her official
capacity as Secretary of the State of Florida
Department of Health; RALPH MILLER,
Individually; and SCOTT BUTCHER,
 Individually,

       Defendants.
_____/

## ORDER

Defendants' Motion To Strike (Doc. 101) is **denied**.

**ORDERED** on July 16, 2010.

/S/ Richard Smoak_____
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**