IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAWN EZELL d/b/a D&D ENVIRONMENTAL,
LLC, and ROXANNE JONES d/b/a J R'S
ENVIRONMENTAL CONSULTING,

    Plaintiffs,

vs.                                     CASE NO. 5:09cv353/RS-EMT

ANA M. VIAMONTE ROS, in her official
capacity as Secretary of the State of Florida
Department of Health; RALPH MILLER,
Individually; and SCOTT BUTCHER,
Individually,

    Defendants.
_____/

## ORDER

The relief requested by the Consented/Joint Motion For Extension Of Time To Mediate (Doc. 134) is **granted**.

**ORDERED** on July 20, 2010.

                      /S/ Richard Smoak
                      **RICHARD SMOAK**
                      **UNITED STATES DISTRICT JUDGE**